ARNALL GOLDEN GREGORY LLP
Darryl S. Laddin (DL-5130)
Frank N. White
171 17th Street, NW, Suite 2100
Atlanta, GA 30363-1031
Telephone: (404) 873-8500
Facsimile: (404) 873-8121

*Attorneys for Verizon Communications Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| VIVARO CORPORATION, *et al.* | Case No. 12-13810-MG |
| Debtors. | |

**NOTICE OF APPEARANCE AND
<u>DEMAND FOR NOTICES AND PAPERS</u>**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, DARRYL S. LADDIN and FRANK N. WHITE of the firm of ARNALL GOLDEN GREGORY LLP, whose office address and telephone number appear herein below, do hereby enter an appearance as counsel for the affiliates of Verizon Communications Inc. ("Verizon")[1] in the above-styled Chapter 11 case.

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, Verizon requests copies of all notices and

---

[1] The definition of Verizon includes, without limitation, all wholly-owned subsidiaries of Verizon Communications Inc. (including, without limitation, Verizon Services Corp., Verizon Network Integration Corp., Verizon Information Technologies LLC, Verizon Business Network Services Inc., Verizon Corporate Services Group Inc., Verizon Select Services Inc., MCI Communications Services, Inc. d/b/a Verizon Business Services and MCI Network Services, Inc., MCI International Services, Inc., MCImetro Access Transmission Services LLC and the operating telephone company subsidiaries of Verizon Communications Inc.) and Cellco Partnership d/b/a Verizon Wireless and its affiliates.

4960608v1

1

pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

>**Darryl S. Laddin**
>**Frank N. White**
>Arnall Golden Gregory LLP
>171 17th Street, NW, Suite 2100
>Atlanta, Georgia  30363-1031
>Telephone: (404) 873-8120
>Fax:  (404) 873-8121
>Emails:  darryl.laddin@agg.com
>                frank.white@agg.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This 7th day of September, 2012.

>Respectfully submitted,
>
>ARNALL GOLDEN GREGORY LLP
>
>/s/ Darryl S. Laddin
>Darryl S. Laddin (DL-5130)
>Frank N. White
>171 17th Street, NW, Suite 2100
>Atlanta, Georgia  30363-1031
>(404) 873-8120
>
>*Attorneys for Verizon Communications, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Notice of Appearance and Demand for Notices and Papers by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

> Frederick E. Schmidt
> Hanh V. Huynh
> Herrick, Feinstein LLP
> 2 Park Avenue
> New York, NY 10016
>
> Vivaro Corporation
> 1250 Broadway, 25th Floor
> New York, NY 10001
>
> United States Trustee
> 33 Whitehall Street
> 21st Floor
> New York, NY 10004

This 7th day of September, 2012.

>> /s/ Darryl S. Laddin
>> Darryl S. Laddin