**Adjourned Meeting Date:  February 11, 2013**
**Meeting Time:  3:00 p.m.**

HERRICK, FEINSTEIN LLP
*Attorneys for the Debtors*
*and Debtors in Possession*
John R. Goldman
Frederick E. Schmidt, Jr.
Justin B. Singer
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
jgoldman@herrick.com
eschmidt@herrick.com
jsinger@herrick.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| VIVARO CORPORATION, *et al.*, | Case No. 12-13810 (MG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF SECTION 341(a) MEETING OF CREDITORS**

**PLEASE TAKE NOTICE THAT**, the meeting of creditors (the "Creditors' Meeting") pursuant to section 341(a) of the Bankruptcy Code which was previously scheduled to take place on January 28, 2013 at 2:00 p.m. has been adjourned and will take place on **February 11, 2013 at 3:00 p.m.**  The Creditors' Meeting will be conducted at **80 Broad Street, 4th Floor**, **New York, New York 10004**.

HF 8043827v.1

Dated: New York, New York
January 28, 2013

                HERRICK, FEINSTEIN LLP
*Attorneys for the Debtors and Debtors in Possession*

By: /s/ Frederick E. Schmidt, Jr.
    John R. Goldman
    Frederick E. Schmidt, Jr.
    Justin B. Singer
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
jgoldman@herrick.com
eschmidt@herrick.com
jsinger@herrick.com

- 2 -

HF 8043827v.1