UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                              Chapter 11

VIVARO CORPORATION, *et al.*,                                       Case No. 12-13810 (MG)

                Debtors.                                 (Jointly Administered)
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss
COUNTY OF NASSAU     )

I, Karen E. Petriano, being duly sworn, depose and state:

1.     I am an Assistant Director with GCG, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On January 28, 2013, at the direction of Herrick, Feinstein LLP, Attorneys for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (the master service list, which includes parties that filed Notices of Appearance), and by first class mail on the parties identified on Exhibit B annexed hereto (additional master service list parties):

- **Notice of Adjournment of Section 341(a) Meeting of Creditors** [Docket No. 275].

                                              /s/Karen E. Petriano
                                              Karen E. Petriano

Sworn to before me this 29th day of
January, 2013


/s/Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No 01KE4760720
Qualified in Nassau County
Commission Expires February 28, 2015

# EXHIBIT A

| | |
|---|---|
| ANGEL TELECOM<br>ATTN NIKOLAOS KARATZAS<br>BLEGISTRASSE 11A CH6340<br>CH-6340 BAAR<br>SWITZERLAND<br>email: nikos.karatzas@angel-telecom.com | ARENT FOX LLP<br>ATTN GEORGE P ANGELICH, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>email: angelich.george@arentfox.com |
| ARENT FOX LLP<br>ATTN GEORGE V UTLIK, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>email: utlik.george@arentfox.com | ARENT FOX LLP<br>ATTN ROBERT M HIRSH, ESQ<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>email: hirsh.robert@arentfox.com |
| ARNALL GOLDEN GREGORY LLP<br>ATTN DARRYL S. LADDIN, ESQ.<br>171 17TH ST, NW, STE 2100<br>ATLANTA, GA 30363-1031<br>email: darryl.laddin@agg.com | ARNALL GOLDEN GREGORY LLP<br>ATTN FRANK N. WHITE, ESQ.<br>171 17TH ST, NW, STE 2100<br>ATLANTA, GA 30363-1031<br>email: frank.white@agg.com |
| AT&T SERVICES INC<br>ATTN JAMES W. GRUDUS, GENERAL ATTORNEY<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921<br>email: jg5786@att.com | BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN JOSHUA G. LOSARDO, ESQ.<br>270 MADISON AVE<br>NEW YORK, NY 10016<br>email: jlosardo@bbwg.com |
| BUCHALTER NEMER<br>ATTN SHAWN M. CHRISTIANSON, ESQ<br>55 SECOND ST, FL 17<br>SAN FRANCISCO, CA 94105-3493<br>email: schristianson@buchalter.com | D'EXPOSITO & PARTNERS<br>ATTN JOHN J. ROSS<br>875 AVE OF THE AMERICAS, FL 25<br>NEW YORK, NY 10001<br>email: jross@dex-p.com |
| FORSHEY PROSTOK LLP<br>ATTN MICHELLE V. LARSON, ESQ.<br>500 CRESCENT CT, STE 240<br>DALLAS, TX 75201<br>email: mlarson@forsheyprostok.com | FULBRIGHT & JAWORSKI L.L.P.<br>ATTN DAVID A. ROSENZWEIG, ESQ.<br>666 FIFTH AVE<br>NEW YORK, NY 10103<br>email: drosenzweig@fulbright.com |
| GARFUNKEL WILD, P.C.<br>ATTN AFSHEEN SHAH, ESQ.<br>111 GREAT NECK RD<br>GREAT NECK, NY 11021<br>email: ashah@garfunkelwild.com | GARFUNKEL WILD, P.C.<br>ATTN BURTON S. WESTON, ESQ.<br>111 GREAT NECK RD<br>GREAT NECK, NY 11021<br>email: bweston@garfunkelwild.com |

| | |
|---|---|
| GCG, INC.<br>ATTN KAREN PETRIANO<br>1985 MARCUS AVE, STE 200<br>LAKE SUCCESS, NY 10042<br>email: Karen.Petriano@gcginc.com | HAYNES AND BOONE LLP<br>ATTN KARL D. BURRER, ESQ.<br>1221 MCKINNEY, STE 2100<br>HOUSTON, TX 77010<br>email: karl.burrer@haynesboone.com |
| HAYNES AND BOONE LLP<br>ATTN TREVOR HOFFMANN, ESQ.<br>30 ROCKEFELLER CENTER, FL 26<br>NEW YORK, NY 10112<br>email: trevor.hoffmann@haynesboone.com | HUNTON & WILLIAMS LLP<br>ATTN LYNNETTE R. WARMAN, ESQ.<br>1445 ROSS AVE, STE 3200<br>DALLAS, TX 75202<br>email: lwarman@hunton.com |
| KATTEN MUCHIN ROSENMAN LLP<br>ATTN JOSHUA D. WAYSER, ESQ.<br>2029 CENTURY PARK EAST, STE 2600<br>LOS ANGELES, CA 90067-3012<br>email: JOSHUA.WAYSER@KATTENLAW.COM | LAMONICA HERBST & MANISCALCO, LLP<br>ATTN JOSEPH S. MANISCALCO, ESQ.<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793<br>email: jsm@lhmlawfirm.com |
| LAMONICA HERBST & MANISCALCO, LLP<br>ATTN MELANIE A. FITZGERALD, ESQ.<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793<br>email: mfitzgerald@lhmlawfirm.com | LAW OFFICES OF SAMUEL E. KRAMER, ESQ.<br>ATTN SAMUEL E. KRAMER, ESQ.<br>225 BROADWAY, STE 3300<br>NEW YORK, NY 10007<br>email: samkatty@bway.net |
| LINEBARGER GOGGAN BLAIR & SAMPSON<br>ATTN ELIZABETH WELLER, ESQ.<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201-2644<br>email: dallas.bankruptcy@publicans.com | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN JOHN P. DILLMAN, ESQ.<br>POST OFFICE BOX 3064<br>HOUSTON, TX 77253-3064<br>email: houston_bankruptcy@lgbs.com |
| MAGNOZZI & KYE, LLP<br>ATTN AMISH R. DOSHI, ESQ.<br>23 GREEN ST, STE 302<br>HUNTINGTON, NY 11743<br>email: adoshi@magnozzikye.com | MAROTTA GUND BUDD & DZERA, LLC<br>ATTN PHILIP J GUND<br>THE LINCOLN BUILDING<br>60 E 42ND ST # 50<br>NEW YORK, NY 10165<br>email: pgund@MGBD.com |
| MCGUIREWOODS LLP<br>ATTN ANDREA F. HERNANDEZ, ESQ.<br>1750 TYSONS BLVD., SUITE 1800<br>MCLEAN, VA 22102<br>email: ahernandez@mcguirewoods.com | MCGUIREWOODS LLP<br>ATTN DAVID I. SWAN, ESQ.<br>1750 TYSONS BLVD., SUITE 1800<br>MCLEAN, VA 22102<br>email: dswan@mcguirewoods.com |

| | |
|---|---|
| MCGUIREWOODS LLP<br>ATTN SHAWN R. FOX, ESQ.<br>1345 AVE OF THE AMERICAS, FL 7<br>NEW YORK, NY 10105-0106<br>email: sfox@mcguirewoods.com | MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN STEVEN A. GINTHER, ESQ.<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105-0475<br>email: sdnyecf@dor.mo.gov |
| MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP<br>ATT JOSEPH O'NEIL, JR., ESQ.<br>123 SOUTH BROAD ST, STE 2800<br>PHILADELPHIA, PA 19109<br>email: joneil@mmwr.com | NEW YORK STATE ATTORNEY GENERAL'S OFFICE<br>ATTN KEITH H. GORDON, ESQ.<br>BUREAU OF CONSUMER FRAUDS AND PROTECTION<br>120 BROADWAY, RM 3B42<br>NEW YORK, NY 10271<br>email: Keith.Gordon@ag.ny.gov |
| NYC DEPT. OF FINANCE<br>ATTN LEGAL AFFAIRS<br>345 ADAMS ST, FL 3<br>BROOKLYN, NY 11201<br>email: gcacuci@law.nyc.gov | NYS DEPARTMENT OF TAXATION AND FINANCE<br>ATTN ENID N. STUART, ASST. ATTY GENERAL<br>120 BROADWAY- 24TH FLOOR<br>NEW YORK, NY 10271<br>email: Enid.Stuart@ag.ny.gov |
| NYS DEPT. OF TAXATION & FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300<br>email: maura_archambeault@tax.state.ny.us | NYS UNEMPLOYMENT INSURANCE FUND<br>P.O. BOX 551<br>ALBANY, NV 12201<br>email: nysdol@labor.ny.gov |
| ONSE TELECOM CORPORATION<br>C/O MICHAEL H. CHOI, ESQ.<br>36-09 MAIN ST, STE 208<br>FLUSHING, NY 11354<br>email: michaellawyerny@yahoo.com | PLATZER, SWERGOLD, KARLIN, LEVINE,<br>GOLDBERG & JASLOW, LLP<br>ATTN SHERRI D. LYDELL, ESQ.<br>1065 AVENUE OF THE AMERICAS, 18TH FL<br>NEW YORK, NY 10018<br>email: slydell@platzerlaw.com |
| RABINOWITZ, LUBETKIN & TULLY, LLC<br>ATTN JONATHAN I. RABINOWITZ, ESQ.<br>293 EISENHOWER PKWY, STE 100<br>LIVINGSTON, NJ 07039<br>email: jrabinowitz@rltlawfirm.com | RIVKIN RADLER LLP<br>ATTN MATTHEW V. SPERO, ESQ.<br>926 RXR PLAZA<br>UNIONDALE, NY 11556-0926<br>email: matthew.spero@rivkin.com |
| RIVKIN RADLER LLP<br>ATTN STUART I. GORDON, ESQ.<br>926 RXR PLAZA<br>UNIONDALE, NY 11556-0926<br>email: stuart.gordon@rivkin.com | ROSENBERG & ESTIS, P.C.<br>ATTN GABRIEL LIBHART, ESQ.<br>733 THIRD AVE<br>NEW YORK, NY 10017<br>email: glibhart@rosenbergestis.com; mpensabene@rosenbergestis.com |

| | |
|---|---|
| SILVERMAN ACAMPORA LLP<br>ATTN ADAM L. ROSEN, ESQ.<br>100 JERICHO QUADRANGLE, STE 300<br>JERICHO, NY 11753<br>email: ARosen@SilvermanAcampora.com | SPRINT INTERNATIONAL<br>ATTN JULIETTE MORROW CAMPBELL<br>10002 PARK MEADOWS DR<br>LONE TREE, CO 80124<br>email: Juliette.m.morrow@sprint.com |
| SQUIRE SANDERS (US) LLP<br>ATTN PAUL MYUNG HAN KIM, ESQ.<br>30 ROCKEFELLER PL<br>NEW YORK, NY 10112<br>email: paul.kim@squiresanders.com | SUGAR FELSENTHAL GRAIS & HAMMER LLP<br>ATTN AARON L. HAMMER, ESQ.<br>30 N. LASALLE ST, STE 3000<br>CHICAGO, IL 60602<br>email: ahammer@SugarFGH.com |
| TENNESSEE DEPARTMENT OF ATTORNEY GENERAL-<br>CONSUMER ADVOCATE AND PROTECTION<br>C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV.<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207<br>email: AGBankNewYork@ag.tn.gov | UNITED STATES ATTORNEY'S OFFICE<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN TAX & BANKRUPTCY UNIT<br>86 CHAMBERS ST, FL 3<br>NEW YORK, NY 10007<br>email: askdoj@usdoj.gov |
| US DEPARTMENT OF JUSTICE<br>ATTN TONY WEST, ASST. ATTORNEY GENERAL<br>CIVIL DIVISION<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001<br>email: askdoj@usdoj.gov | VEDDER PRICE P.C.<br>ATTN MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FL<br>NEW YORK, NY 10019<br>email: mschein@vedderprice.com |

# EXHIBIT B

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES<br>CO INC CORP CARD<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | BANKRUPTCY ADMINISTRATION<br>GE INFO. TECH. SOLUTIONS, INC.<br>F/D/B/A IKON FINANCIAL SERVICES<br>1738 BASS ROAD, P.O. BOX 13708<br>MACON, GA 31208-3708 |
| CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>ATT BERNADETTE BRENNAN, ESQ.<br>100 CHURCH ST, STE 5-247<br>NEW YORK, NY 10007 | CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>ATT MICHAEL A. CARDOZA. ESQ.<br>100 CHURCH ST, STE 5-247<br>NEW YORK, NY 10007 |
| DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220 | DICKSTEIN SHAPIRO LLP<br>ATTN STEFANIE BIRBROWER GREER, ESQ.<br>1633 BROADWAY<br>NEW YORK, NY 10019-6708 |
| DIGICEL<br>ATTN CONOR CLARKE<br>THE DYOLL BUILDING<br>40 KNOTSFORD BLVD<br>KINGSTON JAMAICA | GREENBERG TRAURIG<br>ATTN: JAMES LESHAW<br>333 SE 2ND AVENUE<br>SUITE 4400<br>MIAMI, FL 33131 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | OFFICE OF THE UNITED STATES TRUSTEE<br>REGION 2<br>ATTN ANDY VELEZ-RIVERA<br>33 WHITEHALL ST, FL 21<br>NEW YORK, NY 10004 |
| RICOH USA<br>(FKA IKON OFFICE SOLUTIONS, INC.)<br>BANKRUPTCY & RECOVERY GROUP<br>3920 ARKWRIGHT ROAD, STE 400<br>MACON, GA 31210 | TEXAS ATTORNEY GENERAL'S OFFICE<br>ATTN WILLIAM A. FRAZELL, ESQ.<br>C/O SHERRI K. SIMPSON<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| TW TELECOM INC.<br>ATTN LINDA BOYLE<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 | VIVARO CORPORATION<br>ATTN PRESIDENT OR GENL MGR<br>1250 BROADWAY, 25TH FLOOR<br>NEW YORK, NY 10001 |
| WIND TELECOM<br>ATTN DAMIAN BAEZ<br>27 DE FEBRERO E ISABEL AGUIAR<br>HERRERA, SANTA DOMINGO<br>REPUBLICA DOMINICA | |