**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : : : : | Chapter 11 |
| VIVARO CORPORATION, *et al.*, | : : | Case No.: 12-13810 (MG) |
| Debtors. | : : : |  |

## ORDER OF FINAL DECREE CLOSING THE MAIN CASE

Upon consideration of the motion (the "Motion")[1] of Creditor Trust of Vivaro Corporation (the "Creditor Trust") filed through William K. Lenhart, Managing Director of WKL ADVISORS, LLC, in his capacity as the duly appointed trustee of the Creditor Trust (the "Creditor Trustee"), pursuant to the *Joint Chapter 11 Plan of Vivaro Corporation, STi Prepaid, LLC, Kare Distribution, Inc., STi Telecom, Inc., TNW Corporation, STi CC I, LLC, And STi CC II, LLC* [ECF No. 892-1] (the "Plan") of Vivaro Corporation (the "Main Debtor"), and its affiliates (the "Non-Main Debtors"[2] and together with the Main Debtor, the "Debtors"), by its counsel, Arent Fox LLP ("Arent Fox"), seeking entry of a final decree closing the chapter 11 case of the Main Debtor under section 350(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Court having previously entered final decrees closing the chapter 11 cases of the Non-Main Debtors (the "Non-Main Cases"); and it appearing that notice was given in accordance with the Motion; and it appearing that no other or further notice is necessary; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it further

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

[2] The Non-Main Debtors (with case numbers) are: STi Prepaid, LLC (12-13811), STi Telecom, Inc. (12-13812), Kare Distribution, Inc. (12-13814), TNW Corporation (12-13815), STi CC I, LLC (12-13816), and STi CC II, LLC (12-13817).

appearing that the requested relief is reasonable, proper and in the best interests of the Creditor Trust and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that, pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the chapter 11 case identified on Appendix 1 hereto (the "Main Case" and, together with the Non-Main Cases, these "Chapter 11 Cases") is hereby closed, effective as of the date of entry of this Final Decree; <u>provided</u>, that the Court shall retain jurisdiction, and that entry of this Final Decree is without prejudice to the rights of any party in interest to seek to reopen any of these Chapter 11 Cases for cause shown; and it is further

**ORDERED** that, pursuant to the requirement of Rule 3022-1 of the Local Bankruptcy Rules for the Southern District of New York, a consolidated closing report with respect to all of the Chapter 11 Cases shall be filed in the Main Case and served upon the U.S. Trustee within fourteen (14) days after the Creditor Trust is fully administered; and it is further

**ORDERED** that the Creditor Trust shall pay to the U.S. Trustee any quarterly fees which are due and payable, or become due and payable, if any, pursuant to 28 U.S.C. § 1930(a)(6) within 30 days of such fees being due and any overpayment, if any, will be refunded to the Creditor Trust within 30 days of the filing of the final quarterly report.

**IT IS SO ORDERED.**

Dated:  July 18, 2018
       New York, New York

                                                                        /s/Martin Glenn
                                                                       MARTIN GLENN
                                                          United States Bankruptcy Judge

# APPENDIX 1

## Main Case to be Closed

| Case Number | Name of the Debtor |
|---|---|
| 12-13810 | Vivaro Corporation |