

U.S. Department of Justice
Office of the United States Trustee
Region 2

The Southern District of New York

IN RE:                                  }        **CHAPTER 11**
    **Vivaro Corporation**, *et al.*,     }
                             }        **CASE NO.  12-13810 (MG)**
                             }
    **DEBTORS.** (1)                    }

---

### SEVENTH QUARTERLY REPORT BY
### THE CREDITOR TRUST OF VIVARO CORPORATION
### FOR THE PERIOD
**FROM** ___July 1, 2018___ **TO** ___September 30, 2018___

The Creditor Trust of Vivaro Corporation (the "Creditor Trust"), through William K. Lenhart, Managing Director of WKL Advisors, LLC, in his capacity as the duly appointed trustee of the Creditor Trust (the "Trustee"), pursuant to the Joint Chapter 11 Plan of Vivaro Corporation, STi Prepaid, LLC, Kare Distribution, Inc., Sli Telecom, Inc., TNW Corporation, STi CC I, LLC, And STi CC II, LLC [ECF No. 892-1] (the "Confirmed Plan") of Vivaro Corporation, et al. (the "Debtors"), by its counsel, Arent Fox LLP ("Arent Fox"), files this Post-Confirmation Quarterly Operating Report (the "Report") in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed: ___*(signature)*___            Date: ___10 - 17 - 18___

___WILLIAM K. LENHART___
Print Name

___CREDITOR TRUSTEE___
Title

Creditor Trustee

William K Lenhart
WKL Advisors, LLC
92 Robinhood Lane
New City, New York 10956-6635
(917) 941-0855

Counsel for The
Creditor Trust of
Vivaro Corporation

Arent Fox LLP
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
(212) 484-3900
(212) 484-3990 (fax)
Attn: George P. Angelich, Esq.
Email: george.angelich@arentfox.com

---

(1) The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Vivaro Corporation (7907), STi Prepaid, LLC (5345), Kare Distribution, Inc. (3417), STi Telecom Inc. (7760), TNW Corporation (0303), STi CC 1, LLC, and STi CC 2, LLC.  Pursuant to the confirmed plan, the estates for all of the Debtors were consolidated into the Vivaro Corporation.  On May 17, 2017, the Court entered Final Decrees in each of the Debtors' cases closing all of the Debtors' bankruptcy cases except for the case of Vivaro Corporation (7907).  Presently, only Vivaro Corporation's bankruptcy case remains open and pending.

**STATEMENT OF LIMITATIONS AND DISCLAIMER REGARDING**
**THE SEVENTH QUARTERLY REPORT BY THE CREDITOR TRUST OF VIVARO CORPORATION**

By order entered on September 13, 2016 (the "Confirmation Order"), the Bankruptcy Court confirmed the *Joint Chapter 11 Plan of Vivaro Corporation, STI Prepaid, LLC, Kare Distribution, Inc., STI Telecom, Inc., TNW Corporation, STI CC I, LLC, and STI CC II, LLC* (the "Plan"), which provides for, among other things, the establishment of a Creditor Trust (the "Creditor Trust") to effectuate the Plan. The Plan became effective on November 7, 2016 (the "Effective Date").

William K. Lenhart, Managing Director of WKL Advisors, LLC, in his capacity as the duly appointed trustee of the Creditor Trust (the "Trustee") was appointed to serve as the Trustee of the Creditor Trust pursuant to the Confirmation Order and that certain *Creditor Trust Agreement* dated as of the Effective Date (the "Trust Agreement").

Pursuant to the Plan, Confirmation Order, and the Trust Agreement, the Trustee has signed the Report as the authorized signatory of the Creditor Trust.

The Report does not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor is it intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Report contains unaudited information that is subject to further review and potential adjustment.

In preparing the Report, the Trustee relied upon financial data derived from the Creditor Trust's books and records that was available at the time of such preparation. Although reasonable efforts were made to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Report.

Accordingly, all rights are reserved to amend, supplement, or otherwise modify the Report as is necessary and appropriate. Notwithstanding the foregoing, the Trust shall not be required to update the Report.

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |

**If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

| INSURANCE INFORMATION[1] | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. | Are all premium payments current? | | X |

**If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | | | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

On November 7, 2016 (the "Effective Date"), the Debtors consummated all requirements under the Bankruptcy Code and the Plan became Effective. During this Reporting Period, subject to the terms of the Plan, the Confirmation Order and the Trust Agreement, the Creditor Trust made the first and final distribution of the Creditor Trust Assets to holders of Allowed General Unsecured Claims.

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

**Estimated Date of Filing the Application for Final Decree: _____7/15/2018_____**

(1)     The Debtors have no business operations, no tangible assets, no employees, and no insurance policies.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | |
|---|---|
| | Vivaro Corporation, *et al.,* |
| **Case Number:** | |
| | 12-13810 |
| **Date of Plan Confirmation:** | |
| | September 13, 2016 |
| **Reporting Period** | July 31, 2018 to September 30, 2018 |

*($ In 000's)*

|  | Quarterly | Cumulative Total |
|---|---|---|
| **CASH (Beginning of Period)** | $ 417 | $ 200 |

**INCOME or RECEIPTS during the Period**

a.   **Operating Income:**

| | | Quarterly | Cumulative Total |
|---|---|---|---|
| (i) | Preference Settlements | $ - | $ 47 |
| (ii) | Other Receipts | $ - | $ 760 |
| (iii) | Transfer from other Estate account* | $ - | $ 53 |

**DISBURSEMENTS**

a.   **Operating Expenses (Fees/Taxes):**

| | | Quarterly | Cumulative Total |
|---|---|---|---|
| (i) | U.S. Trustee Quarterly Fees | $ 4 | $ 7 |
| (ii) | Federal Taxes | - | - |
| (iii) | State Taxes | - | - |
| (iv) | Operating Costs | 26 | 26 |
| (v) | Bank Fees | - | 24 |

b.   **All Other Operating Expenses:**   $ -   $ 617

c.   **Plan Payments:****

| | | Quarterly | Cumulative Total |
|---|---|---|---|
| (i) | Administrative Claims | $ - | $ - |
| (ii) | Priority Claims | - | - |
| (iii) | Secured Claims | - | - |
| (iv) | General Unsecured Claims | 253 | 253 |

**Total Disbursements (Operating & Plan)**   $ 283   $ 927

**CASH (End of Period)**   $ 134   $ 134

\* Represents refund from Garden City Group for uncleared claim checks of Estate.
\** This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

**The Creditor Trust of Vivaro Corporation**
**Reconciliation Summary**
**Wilmington Trust - Operating Account XXXXX-2000**
**April 1, 2018 to June 30, 2018**

| | For the Period Ended 7/31/2018 | | For the Period Ended 8/31/2018 | | For the Period Ended 9/30/2018 | | Total |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | $ | 416,998 | $ | 366,824 | $ | 254,312 | $ 416,998 |
| Cleared Transactions | | | | | | | |
| Checks and Payments | | (50,174) | | (112,511) | | (120,665) | (283,351) |
| Total Checks and Payments | | (50,174) | | (112,511) | | (120,665) | (283,351) |
| Deposits and Credits | | - | | - | | - | - |
| Transfers from other Estate Account | | - | | - | | - | - |
| Transfers to other Estate Account | | - | | - | | - | - |
| Total Cleared Transactions | | (50,174) | | (112,511) | | (120,665) | (283,351) |
| **Cleared Balance** | $ | 366,824 | $ | 254,312 | $ | 133,647 | $ 133,647 |
| Uncleared Transactions | | | | | | | |
| Checks and Payments | | - | | - | | - | - |
| Total Uncleared Transactions | | - | | - | | - | - |
| Register Balance | | 366,824 | | 254,312 | | 133,647 | 133,647 |
| **Ending Balance** | $ | 366,824 | $ | 254,312 | $ | 133,647 | $ 133,647 |

**The Creditor Trust of Vivaro Corporation**
**Reconciliation Detail**
**Wilmington Trust - Operating Account XXXXX-2000, Period Ended 7/31/2018**

| Type | Date | Check No. | Name | Amount | | Balance |
|------|------|-----------|------|--------|---|---------|
| **Beginning Balance** | | | | | $ | **416,998** |
| | **Cleared Transactions** | | | | | |
| | | **Checks and Payments** | | | | |
| Warehouse | 7/30/2018 | 9397 | Allstate Information Services | (25,086) | | |
| GUC - Distr | 7/31/2018 | 9425 | Jesus Velaquez Garcia | (527) | | |
| GUC - Distr | 7/31/2018 | 9426 | Konik and Compnay | (71) | | |
| GUC - Distr | 7/31/2018 | 9455 | Wind Telecom | (21,548) | | |
| Warehouse | 7/21/2018 | 9466 | CT Liens | (436) | | |
| Warehouse | 7/26/2018 | 9467 | Iron Mt | (2,506) | | |
| | | **Total Checks and Payments** | | (50,174) | | |
| | | | | | | |
| | | **Deposits and Credits - 0 items** | | | | |
| | | | | | | |
| | | **Total Deposits and Credits** | | - | | |
| | | **Transfers from other Estate Account** | | | | |
| | | | | | | |
| | | **Total Transfers from other Estate Account** | | - | | |
| | | | | | | |
| | | Transfers to other Estate Account | | - | | |
| | | | | | | |
| | | Total Transfers from other Estate Account | | - | | |
| | | | | | | |
| | | Total Transfers to other Estate Account | | - | | |
| | | | | | | |
| | **Total Cleared Transactions** | | | (50,174) | | |
| **Cleared Balance** | | | | | $ | **366,824** |
| | Uncleared Transactions | | | | | |
| | | Checks and Payments | | | | |
| | **Total Uncleared Transactions** | | | - | | |
| Register Balance as of 7/31//2018 | | | | | | 366,824 |
| **Ending Balance** | | | | | $ | **366,824** |

**The Creditor Trust of Vivaro Corporation**
**Reconciliation Detail**
**Wilmington Trust - Operating Account XXXXX-2000, Period Ended 8/31/2018**

| Type | Date | Check No. | Name | Amount | | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | $ | **366,824** |
| | **Cleared Transactions** | | | | | |
| GUC - Distrib | 8/2/2018 | 9399 | AFFILIATES OF VERIZON COM INC | (26,468.18) | | |
| GUC - Distrib | 8/1/2018 | 9400 | ALLIANCE GROUP SERVICES INC | (639.77) | | |
| GUC - Distrib | 8/2/2018 | 9401 | AMERICAN EXP TRAVEL RELATED SERV | (332.68) | | |
| GUC - Distrib | 8/2/2018 | 9402 | AMERICAN EXPRESS TRAVEL REL SERV | (956.22) | | |
| GUC - Distrib | 8/1/2018 | 9404 | BURRIS, SCHOENBERG and WALDEN | (265.94) | | |
| GUC - Distrib | 8/7/2018 | 9405 | CERIDIAN STORED VALUE SOLUTIONS | (246.90) | | |
| GUC - Distrib | 8/16/2018 | 9406 | CITY OF NY DEPARTMENT OF FINANCE | (2,309.47) | | |
| GUC - Distrib | 8/2/2018 | 9407 | CONCUR TECHNOLOGIES INC | (72.31) | | |
| Operting Expense | 8/2/2018 | 9457 | CT Corporation | (219.23) | | |
| GUC - Distrib | 8/10/2018 | 9408 | D EXPOSITO and PARTNERS LLC | (10,408.90) | | |
| GUC - Distrib | 8/7/2018 | 9409 | DEPARTMENT OF THE TREASURY - IRS | (222.80) | | |
| GUC - Distrib | 8/8/2018 | 9413 | EMPRESA NAC DE TELECOMUNICACIONES | (2,731.80) | | |
| GUC - Distrib | 8/13/2018 | 9414 | EQUINIX INC | (1,784.38) | | |
| GUC - Distrib | 8/3/2018 | 9416 | FEDEX TECHCONNECT INC | (115.29) | | |
| GUC - Distrib | 8/15/2018 | 9417 | GRANT THORNTON LLP | (1,180.79) | | |
| GUC - Distrib | 8/7/2018 | 9418 | IANYWHERE SOLUTIONS INC | (182.66) | | |
| GUC - Distrib | 8/8/2018 | 9422 | ILLINOIS DEPARTMENT OF REVENUE | (129.57) | | |
| GUC - Distrib | 8/15/2018 | 9424 | JENNIFER R FOX | (77.69) | | |
| GUC - Distrib | 8/2/2018 | 9427 | KT AMERICA | (341.96) | | |
| GUC - Distrib | 8/16/2018 | 9429 | LEVEL 3 COMMUNICATIONS LLC | (447.54) | | |
| GUC - Distrib | 8/16/2018 | 9428 | LEVEL 3 COMMUNICATIONS LLC | (37,000.82) | | |
| GUC - Distrib | 8/20/2018 | 9430 | MG ENGINEERING PC | (262.93) | | |
| GUC - Distrib | 8/22/2018 | 9431 | NEW CLASSROOMS INNOV Ptnr CO | (6,260.53) | | |
| GUC - Distrib | 8/22/2018 | 9433 | NY STATE DEPARTMENT OF TAXATION | (492.26) | | |
| GUC - Distrib | 8/1/2018 | 9434 | OPTEC COMMUNICATIONS, INC | (572.29) | | |
| GUC - Distrib | 8/24/2018 | 9435 | ORACLE AMERICA INC | (103.57) | | |
| GUC - Distrib | 8/1/2018 | 9436 | PRESTIGE CAPITAL CORPORATION | (1,667.23) | | |
| GUC - Distrib | 8/2/2018 | 9438 | ROBERTA KRAUS | (179.09) | | |
| GUC - Distrib | 8/3/2018 | 9439 | SAMS CLUB | (730.53) | | |
| GUC - Distrib | 8/1/2018 | 9440 | SERVERCARE, INC | (140.75) | | |
| GUC - Distrib | 8/3/2018 | 9442 | STATE OF MINNESOTA DEPT OF REVENUE | (67.95) | | |
| GUC - Distrib | 8/13/2018 | 9443 | STATE OF TEXAS OFFICE TEXAS | (3,900.00) | | |
| GUC - Distrib | 8/20/2018 | 9444 | TELECOM ARGENTINA USA, INC. | (824.86) | | |
| GUC - Distrib | 8/20/2018 | 9445 | TELECOM ARGENTINA USA, INC. | (520.00) | | |
| GUC - Distrib | 8/3/2018 | 9447 | TELMEX USA, LLC | (10,217.01) | | |
| GUC - Distrib | 8/16/2018 | 9451 | VANCE, SERGEY S | (72.68) | | |
| GUC - Distrib | 8/9/2018 | 9452 | VICTOR E ROBLES | (76.12) | | |
| GUC - Distrib | 8/2/2018 | 9454 | WELLS FARGO FINANCIAL LEASING INC | (227.46) | | |
| GUC - Distrib | 8/2/2018 | 9456 | ZONES | (61.17) | | |
| | | **Total Checks and Payments** | | (112,511) | | |
| | | **Deposits and Credits - 0 item** | | | | |
| | | **Total Deposits and Credits** | | - | | |
| | Total Cleared Transactions | | | (112,511) | | |
| **Cleared Balance** | | | | | $ | **254,312** |
| | Uncleared Transactions | | | | | |
| | | Checks and Payments | | | | |
| | Total Uncleared Transactions | | | - | | |
| Register Balance as of 8/31/2018 | | | | | | 254,312 |
| **Ending Balance** | | | | | $ | **254,312** |

**The Creditor Trust of Vivaro Corporation**
**Reconciliation Detail**
**Wilmington Trust - Operating Account XXXXX-2000, Period Ended 9/30/2018**

| Type | Date | Check No. | Name | Amount | | Balance |
|------|------|-----------|------|--------|--|---------|
| **Beginning Balance** | | | | | $ | **254,312** |
| | **Cleared Transactions** | | | | | |
| | | **Checks and Payments** | | | | |
| GUC -Distr | 09/06/2018 | 9411 | DIGICEL JAMAICA | (6,256.88) | | |
| GUC -Distr | 09/03/2018 | 9450 | UNIVERSAL SERV ADMIN CO | (6,487.59) | | |
| GUC -Distr | 9/25/2018 | 9415 | FEDERAL COMMUNICATIONS COMMISSION | (101,060.43) | | |
| GUC -Distr | 9/20/2018 | 9446 | TELENOR GLOBAL SERVICES AS | (2,627.52) | | |
| Operating | 9/28/2018 | 9479 | U.S. Trustee | (4,232.83) | | |
| | | **Total Checks and Payments** | | -120,665 | | |
| | | **Deposits and Credits - 1 items** | | | | |
| Transfer/Addition | | | | | | |
| | | **Total Deposits and Credits** | | 0 | | |
| | **Total Cleared Transactions** | | | -120,665 | | |
| **Cleared Balance** | | | | | $ | **133,647** |
| | **Uncleared Transactions** | | | | | |
| | | Checks and Payments | | | | |
| | **Total Uncleared Transactions** | | | 0 | | |
| Register Balance as of 9/30/2018 | | | | | | 133,647 |
| **Ending Balance** | | | | | **$** | **133,647** |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | **Wilmington Trust** | | | |
| **Account Number:** | **XXXXX-2000** | | | |
| **Purpose of Account (Operating/Payroll/Tax)** | **Operating** | | | |
| **Type of Account (e.g. checking)** | **Checking** | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $114,985 | | | |
| 2. **ADD**: Deposits not credited | | | | |
| 3. **SUBTRACT**: Outstanding Checks | 0 | | | |
| 4. Other Reconciling Items* | 18,661.60 | | | |
| 5. **Month End Balance** (Must Agree with Books) | $133,647 | | | |
| | | | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

Other Reconciling items are comprised of 13 checks included in the full distirbution that remain outstanding from clearing account held by Wilmington Trust.  These checks may be presented until January 2019.  Should these checks not be presented, or reissued, funds will be reversed back to Trust.

**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Wilmington Trust |
|---|---|
| Account Number | XXXXX-2000 |
| **Purpose of Account (Operating/Payroll/Personal)** | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 9397 | 7/30/2018 | Allstate Information Services | Warehouse | 25,086.07 |
| 9425 | 7/31/2018 | Jesus Velaquez Garcia | Distribution | 526.89 |
| 9426 | 7/31/2018 | Konik and Compnay | Distribution | 70.88 |
| 9455 | 7/31/2018 | Wind Telecom | Distribution | 21,548.05 |
| 9466 | 7/21/2018 | CT Liens | Operating | 436.00 |
| 9467 | 7/26/2018 | Iron Mt | Warehouse | 2,506.43 |
| 9399 | 8/2/2018 | AFFILIATES OF VERIZON COM INC | Distribution | 26,468.18 |
| 9400 | 8/1/2018 | ALLIANCE GROUP SERVICES INC | Distribution | 639.77 |
| 9401 | 8/2/2018 | AMERICAN EXP TRAVEL RELATED SERV | Distribution | 332.68 |
| 9402 | 8/2/2018 | AMERICAN EXPRESS TRAVEL REL SERV | Distribution | 956.22 |
| 9404 | 8/1/2018 | BURRIS, SCHOENBERG and WALDEN | Distribution | 265.94 |
| 9405 | 8/7/2018 | CERIDIAN STORED VALUE SOLUTIONS | Distribution | 246.90 |
| 9406 | 8/16/2018 | CITY OF NY DEPARTMENT OF FINANCE | Distribution | 2,309.47 |
| 9407 | 8/2/2018 | CONCUR TECHNOLOGIES INC | Distribution | 72.31 |
| 9457 | 8/2/2018 | CT Corporation | Operating | 219.23 |
| 9408 | 8/10/2018 | D EXPOSITO and PARTNERS LLC | Distribution | 10,408.90 |
| 9409 | 8/7/2018 | DEPARTMENT OF THE TREASURY - IRS | Distribution | 222.80 |
| 9413 | 8/8/2018 | EMPRESA NAC DE TELECOMUNICACIONES | Distribution | 2,731.80 |
| 9414 | 8/13/2018 | EQUINIX INC | Distribution | 1,784.38 |
| 9416 | 8/3/2018 | FEDEX TECHCONNECT INC | Distribution | 115.29 |
| 9417 | 8/15/2018 | GRANT THORNTON LLP | Distribution | 1,180.79 |
| 9418 | 8/7/2018 | IANYWHERE SOLUTIONS INC | Distribution | 182.66 |
| 9422 | 8/8/2018 | ILLINOIS DEPARTMENT OF REVENUE | Distribution | 129.57 |
| 9424 | 8/15/2018 | JENNIFER R FOX | Distribution | 77.69 |
| 9427 | 8/2/2018 | KT AMERICA | Distribution | 341.96 |
| 9429 | 8/16/2018 | LEVEL 3 COMMUNICATIONS LLC | Distribution | 447.54 |
| 9428 | 8/16/2018 | LEVEL 3 COMMUNICATIONS LLC | Distribution | 37,000.82 |
| 9430 | 8/20/2018 | MG ENGINEERING PC | Distribution | 262.93 |
| 9431 | 8/22/2018 | NEW CLASSROOMS INNOV Ptnr CO | Distribution | 6,260.53 |
| 9433 | 8/22/2018 | NY STATE DEPARTMENT OF TAXATION | Distribution | 492.26 |
| 9434 | 8/1/2018 | OPTEC COMMUNICATIONS, INC | Distribution | 572.29 |
| 9435 | 8/24/2018 | ORACLE AMERICA INC | Distribution | 103.57 |
| 9436 | 8/1/2018 | PRESTIGE CAPITAL CORPORATION | Distribution | 1,667.23 |
| 9438 | 8/2/2018 | ROBERTA KRAUS | Distribution | 179.09 |
| 9439 | 8/3/2018 | SAMS CLUB | Distribution | 730.53 |
| 9440 | 8/1/2018 | SERVERCARE, INC | Distribution | 140.75 |
| 9442 | 8/3/2018 | STATE OF MINNESOTA DEPT OF REVENUE | Distribution | 67.95 |
| 9443 | 8/13/2018 | STATE OF TEXAS OFFICE TAXES | Distribution | 3,900.00 |
| 9444 | 8/20/2018 | TELECOM ARGENTINA USA, INC. | Distribution | 824.86 |
| 9445 | 8/20/2018 | TELECOM ARGENTINA USA, INC. | Distribution | 520.00 |
| 9447 | 8/3/2018 | TELMEX USA, LLC | Distribution | 10,217.01 |
| 9451 | 8/16/2018 | VANCE, SERGEY S | Distribution | 72.68 |
| 9452 | 8/9/2018 | VICTOR E ROBLES | Distribution | 76.12 |
| 9454 | 8/2/2018 | WELLS FARGO FINANCIAL LEASING INC | Distribution | 227.46 |
| 9456 | 8/2/2018 | ZONES | Distribution | 61.17 |
| 9411 | 9/6/2018 | DIGICEL JAMAICA | Distribution | 6,256.88 |
| 9450 | 9/3/2018 | UNIVERSAL SERV ADMIN CO | Distribution | 6,487.59 |
| 9415 | 9/25/2018 | FEDERAL COMMUNICATIONS COMMISSION | Distribution | 101,060.43 |
| 9446 | 9/20/2018 | TELENOR GLOBAL SERVICES AS | Distribution | 2,627.52 |
| 9479 | 9/28/2018 | U.S. Trustee | Operating | 4,232.83 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 283,351 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.